UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                          Case No. 1:05-CR-160

v.

                          HON. ROBERT HOLMES BELL

CAROLYN ROSS,

       Defendant.
                               /

## ORDER APPROVING REPORT AND RECOMMENDATION

On April 6, 2007, Magistrate Judge Hugh W. Brenneman, Jr., filed a Report and Recommendation recommending that Defendant Carolyn Ross be detained pending trial. (Docket # 228). The Report and Recommendation was duly served on the parties. No objections, as permitted by 28 U.S.C. § 636(b)(1), and W.D. Mich. LCivR 72.3(b), have been filed. The Court agrees with the Magistrate Judge's recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the April 6, 2007, Report and Recommendation is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the order of release entered January 31, 2007, in the Southern District of Ohio is **REVOKED**.

**IT IS FURTHER ORDERED** that Defendant Carolyn Ross shall be **DETAINED** pending trial. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.


Date:     May 1, 2007              /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE